EDWARD W. BROWN et al., Appellants, *v.* RETSOF MINING COMPANY, Respondent.

*Brown* v. *Retsof Mining Co.*, 130 App. Div. 884, appeal dismissed.
(Submitted May 31, 1909; decided June 8, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1909, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a contract for services.

The motion was made upon the ground that the judgment was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Louis H. Hall* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.